**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 1:22-cv-00378-PAB-SKC

CRYSTAL FOSTER and KLOHE FOSTER,

    Plaintiffs,

v.

USAA GENERAL INDEMNITY COMPANY

    Defendant.

---

**AMENDED COMPLAINT**

---

PLAINTIFFS, by and through counsel, THE LAW OFFICE OF JEREMY LOEW, and Matthew Roche, Esq. hereby complains against Defendant as follows:

**JURISDICTION AND VENUE**

    1.  At all times relevant herein, Plaintiffs has been a resident of El Paso County, Colorado.

    2. Defendant USAA General Indemnity Company (hereinafter referred to as "USAA"), on information and belief, is a company authorized to do business in Colorado.

    3.  The at-fault driver, Brandon Chacon, was at all times relevant to this action, a resident of Pueblo, Pueblo County, Colorado.

    4.  All incidents complained of herein occurred in El Paso County, Colorado.

    5.  This Court has jurisdiction over the parties, and subject matter jurisdiction and venue is proper in El Paso County.

**GENERAL ALLEGATIONS**

    6.  Paragraphs 1 through 5 are incorporated as if more fully set forth herein.

    7.  On or about March 16, 2018 at approximately 7:40 a.m., Plaintiffs were the driver and passenger of 2014 Mercedes-Benz CL500 and were traveling northbound on

Colorado Interstate 25 near milepost 135, slowing for traffic in El Paso County, Colorado.

8. At that time, Plaintiffs were properly restrained.

9. At the same time, Brandon Chacon, the operator of a 2016 Kia Sedona, was directly behind a second vehicle, also traveling northbound on Colorado Interstate 25 near milepost 135. The other vehicle moved to the left shoulder to avoid colliding with the Plaintiffs when Brandon Chacon collided with the rear-end of the other vehicle, then collided with Plaintiff's vehicle.

10. As a result of the collision, Plaintiffs suffered injuries and losses, as to be more fully proven in a court of law.

11. At that time, the 2014 Mercedes-Benz CL500 driven by the Plaintiffs was covered by a policy of insurance issued by Defendant.

12. The insurance policy number is G16241509G7101.

13. The policy of insurance, policy number is G16241509G7101, issued by Defendant included underinsured motorist –bodily injury coverage with limits of $100,000.00 per person up to $300,000.00 per occurrence.

14. The 2015 Kia Sedona, driven by Brandon Chacon, was underinsured with Farm Bureau, policy number AU460249-0, claim number 05A00656276 with limits of $50,000.00 per person and $100,000.00 per occurrence.

15. Defendant provided permission to settle with the tortfeasor on October 21, 2019.

16. Plaintiff signed a liability release with Brandon Chacon and Farm Bureau, and obtained the settlement check.

17. Brandon Chacon was at-fault for causing the March 16, 2018 collision.

18. Plaintiffs were not comparatively negligent in causing the collision.

19. As a direct and proximate result of the negligence of Brandon Chacon, Plaintiffs have incurred serious injuries and damages.

20. As a further and proximate result of the negligence of Brandon Chacon, Plaintiffs have and will incur economic damages including past and future medical and rehabilitation expenses, past and future wage loss, and non-economic damages including impairment of function, past and future mental anguish, past and future pain and suffering, and past and future loss of quality of life.

21. To date, Plaintiffs has incurred more than $57,000.00 in medical expenses for treatment of their accident-related injuries.

22. Plaintiffs has provided Defendant all of Plaintiffs' received medical records and bill related to the March 16, 2018 collision.

23. Plaintiffs has satisfied all conditions precedent to recovery of underinsured motorist benefits pursuant to the policy of insurance issued by Defendant.

24. To the extent that Plaintiffs may have failed to comply with any of the conditions precedent to recovery of benefits, Defendant has not been prejudiced by such failure.

## FIRST CLAIM FOR RELIEF
## CONTRACT – UNDERINSURED MOTORIST BENEFITS

25. Paragraphs 1 through 24 are incorporated as if more fully set forth herein.

26. Brandon Chacon was underinsured at the time of the March 16, 2018 collision through a policy of automobile insurance issued by Farm Bureau with minimum liability limits of $50,000.00.

27. Brandon Chacon is an "underinsured" driver as his liability limits did not fully compensate Plaintiffs for their injuries.

28. As Plaintiffs' injuries, damages, and losses exceed $50,000.00, Plaintiffs made a claim for underinsured motorist benefits under a policy of insurance with Defendant.

29. Plaintiffs are the named insured on a policy for Underinsured Motorist Coverage, claim number 016241509-004, policy number G16241509G7101.

30. As Plaintiffs' injuries, damages, and losses exceed $100,000, Plaintiffs made a claim for underinsured motorist benefits under the policy of insurance with Defendant.

31. Pursuant to the policy of insurance, Defendant is obligated to compensate Plaintiffs for Plaintiffs' injuries, damages, and losses arising out of the March 16, 2018, motor vehicle collision.

32. Plaintiffs sent Defendant a settlement package including attachments, outlining, explaining, and documenting Plaintiffs' underinsured motorist coverage claim injuries, damages, and losses.

33. To date, Defendant has not paid uninsured motorist benefits to Plaintiff.

      34.  Plaintiffs prays for judgment against the Defendant in an amount which will compensate them for injuries, damages and losses, all reasonable compensatory damages allowed by law, interest from March 16, 2018, and costs in bringing forth this action, expert witness fees, and such further relief as the Court deems proper.

DONE this 27th day of April, 2023.

                                                        Respectfully submitted,
                                                        THE LAW OFFICE OF JEREMY LOEW.
                                                        <u>/s/ Matthew Roche</u>
                                                        Matthew Roche, # 44140

Plaintiffs' Address:
8192 Wagon Spoke Trail
Fountain, Colorado 80817